IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DYLAN M. TOMPKINS, § | |
| § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 1:24-CV-00533-MJT |
| v. § | |
| § | |
| SHELBY HARPER, § | |
| § | |
| *Defendant*. § | |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The District Court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On June 23, 2025, the magistrate judge entered a Report and Recommendation [Dkt. 14] advising the Court to conditionally grant Defendant Shelby Harper's Motion to Dismiss [Dkt. 3] as follows: (1) Plaintiff Dylan M. Tompkins's § 1983 failure-to-investigate and state law defamation claims should be dismissed without prejudice; and (2) § 1983 false arrest, and/or false imprisonment, and federal defamation claims should be dismissed with prejudice.

The magistrate judge recommended a conditional grant of Harper's pending Motion to Dismiss [Dkt. 3] to allow Tompkins to file an amended complaint during the objection window, if he elected to do so. [Dkt. 14 at 16–17]. Harper's objections to the report were due by July 7, 2025, and Tompkins's objections and amended complaint by July 10, 2025. FED. R. CIV. P. 6(d), 72(b)(2). To date, no party has filed objections to the report, nor has Tompkins filed an amended complaint.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 14] is ADOPTED. Defendant Shelby Harper's Motion to Dismiss [Dkt. 3] is GRANTED. Plaintiff Dylan M. Tompkins's § 1983 failure-to-investigate and state law defamation claims are DISMISSED WITHOUT PREJUDICE. Plaintiff Dylan M. Tompkins's § 1983 false arrest, and/or false imprisonment, and federal defamation claims are DISMISSED WITH PREJUDICE.

**SIGNED this 11th day of July, 2025.**

Michael J. Truncale
United States District Judge